IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI, SOUTHERN DIVISION

TO: ALL STATE, FEDERAL AND INTERNATIONAL OFFICIALS
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
THIS TITLE IS FOR YOUR PROTECTION

| | |
|---|---|
| PHILIP DELGROSSO, | ) |
| COMPLAINANT | ) |
| v | ) IN RE 13-03054-CR-S-BP |
| UNITED STATES OF AMERICA, | ) CIVIL 2255 UNKNOWN NO |
| U.S. ATTORNEY GENERAL GARLAND MERRICK, | ) |
| ET AL | ) |

LEGAL NOTICE AND DEMAND
FIAT JUSTITIA, RUAT COELUM
(AFFIDAVIT OF TRUTH)

1. ON FEBRUARY 05TH, 2021 LESS THAN 24 HOURS AFTER THE COMPLAINANT (DELGROSSO) FILED AND RECORDED DE7EB IN THE ABOVE NAMED CASE WHICH WAS A COMPILATION OF PREVIOUS FILINGS THAT EXHIBITED UNEQUIVOCAL AND INCONTROVERTIBLE EVIDENCE THAT PROVED THAT THIS CASE MUST BE DISMISSED WITH PREJUDICE, DELGROSSO WAS RECALLED/ARRESTED/VIOLATED FROM HOME CONFINEMENT.

2. FOR SIX MONTHS, EVERY AGENT OF THE BUREAU OF PRISONS (BOP) FEIGNED IGNORANCE OF THE CAUSE FOR THIS ARREST AND TO THIS DAY HE HAS NEVER BEEN INFORMED OF THE "NATURE AND CAUSE OF THE ACCUSATIONS" BROUGHT AGAINST HIM, AND HAS THEREFORE BEEN DENIED THE OPPORTUNITY TO OFFER A DEFENSE.

3. DELGROSSO EVENTUALLY DISCOVERED THAT JUDGE MARY ELIZABETH "BETH" PHILLIPS FALSELY AND MALICIOUSLY MADE THE LIBELOUS CLAIM TO THE BOP THAT DELGROSSO

"TRIED TO TAKE HER HOUSE", A CLAIM UNSUPPORTED BY FACT, TRUTH, LAW, OR REALITY. (SEE HISTORY FOR DETAILS)(+26-30)

4. DELGROSSO HEREBY NOTICES THE RESPONDENTS OF HIS OBJECTION TO HIS FALSE/UNLAWFUL ARREST AND RESPECTFULLY DEMANDS THAT THEY GRANT DELGROSSO THE RELIEF, REMEDY, EQUITY AND JUSTICE THAT HE IS ENTITLED TO, WHICH IS A DISMISSAL OF THIS CASE WITH PREJUDICE AND VOIDING ALL ORDERS AND JUDGMENTS AB INITIO.

## HISTORY

5. IN PREVIOUSLY FILED MOTIONS, DELGROSSO RAISED FEDERAL JURISDICTIONAL ISSUES RELATED TO THIS CASE, AND PROVIDED AMPLE CASE LAW THAT "FEDERAL JURISDICTION CAN BE RAISED AT ANY TIME." IN DE720, U.S. ATTORNEY TIMOTHY A. GARRISON (GARRISON) STATED THAT "THIS COURT'S JURISDICTION ARISES FROM 18 USC § 3231."

6. LATER ON, DELGROSSO REBUTTED SUCH FALSE ASSERTIONS BY REMINDING GARRISON BOTH IN DE788 AND IN OTHER PREVIOUS FILINGS THAT THE SUPREME COURT HAS STATED THAT IT CONFERRED 18 USC § 3231 "solely to the SEPERATE AND DISTINCT district courts of the united states" WHICH ARE THE DEJURE, ORIGINAL, ARTICLE III JUDICIAL COURTS FOUNDED IN 1789, AND NOT THE DEFACTO ARTICLE I LEGISLATIVE CORPORATE TRIBUNALS, SUCH AS THIS COURT, FOUNDED IN 1948 WHOSE AUTHORITY ARISES FROM 28 USC § 1331.

7. IT SHOULD BE NOTED THAT ALTHOUGH 28 USC § 1331 IS CONFERRED ON THIS COURT, IT TOO WOULD NOT HAVE GIVEN THIS COURT THE LAWFUL AUTHORITY TO ADJUDICATE THIS CASE SINCE TITLE 28 IS PRIVATE INTERNATIONAL LAW VALID ONLY IN THE DISTRICT OF COLUMBIA, AND NO EVIDENCE EXISTS

THAT DELGROSSO HAS EVER BEEN A "RESIDENT" OF THE DISTRICT OF COLUMBIA

8. GARRISON WAS ADEQUATELY WARNED THAT SINCE DELGROSSO'S CLAIM WAS MADE IN A VERIFIED AFFIDAVIT OF TRUTH, THE FOLLOWING MAXIMS OF LAW APPLIED: "AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH" AND "HE WHO FAILS TO DENY, AGREES". IN SPITE OF THIS, GARRISON DID NOT DENY DELGROSSO'S AFFIDAVIT OF TRUTH, NOR DID HE MAKE ANY ATTEMPT TO REBUT IT, BUT RATHER OFFERED THE PATHETIC AFFIRMATIVE DEFENSE OF "I WAS TRICKED, THEREFORE MY WORDS SHOULD NOT BE USED AGAINST ME".

9. THAT ANY LICENSED ATTORNEY, MUCH LESS A WELL TRAINED U.S. ATTORNEY COULD MAKE SUCH A STATEMENT ON THE RECORD IS REMARKABLE AND PROVES THAT GARRISON "GOT CAUGHT WITH HIS FINGERS IN THE COOKIE JAR". GARRISON ADMITTED AND CONFESSED TO DELGROSSO'S CLAIMS AND THEN STIPULATED TO THEM BY FAILING TO DENY AND/OR REBUT THEM

10. IT MAKES NO DIFFERENCE IF GARRISON WAS TRICKED, OR IF HE BROUGHT A CASE AGAINST DELGROSSO WITH ABSOLUTELY NO LAWFUL AUTHORITY OR JURISDICTION WITH FORETHOUGHT, OR IF HE USURPED AUTHORITY NOT VESTED TO HIM WITH MALICE; THE ONLY THING THAT MATTERS IS THAT HE DID EXACTLY THAT, CONFESSED AND ADMITTED DOING IT, STIPULATED TO IT, AND HAS YET REFUSED TO DO WHAT HE OUGHT TO DO, AND WHAT HE IS LAWFULLY OBLIGATED TO DO, WHICH IS TO SUMMARILY DISMISS THIS CASE WITH PREJUDICE AND RELEASE THE SURETY, DELGROSSO

11. JUDGE PHILLIPS WAS OBLIGATED BY LAW TO DISMISS THIS CASE WHEN GARRISON FAILED TO DO HIS JOB, BUT SHE COLLUDED AND/OR CONSPIRED WITH GARRISON TO DENY DELGROSSO'S LAWFUL CLAIM WITH SLEIGH OF HAND, WITHOUT OFFERING ANY FACTS AND CONCLUSIONS OF LAW;

2. "IF A COURT IS WITHOUT AUTHORITY (SUCH AS THIS ONE OBVIOUSLY IS) ITS JUDGMENTS AND ORDERS ARE REGARDED AS NULLITIES. THEY ARE "VOID" AND FORM NO BAR TO A RECOVERY SOUGHT, EVEN PRIOR TO REVERSAL IN OPPOSITION TO THEM. THEY CONSTITUTE NO JURISDICTION, AND ALL PERSONS CONCERNED IN EXECUTING SUCH JUDGMENTS AND SENTENCES, ARE CONSIDERED IN LAW AS TRESPASSERS." (See Elliot v Pierol, 1 pet. 328, 340 26 US 328, 340/1828).

13. "WHENEVER A JUDGE OR ATTORNEY ACTS WHERE HE/SHE DOES NOT HAVE JURISDICTION, THE JUDGE AND THE ATTORNEY ARE ENGAGED IN AN ACT OR ACTS OF TREASON, AND ANY JUDGE OR ATTORNEY WHO DOES NOT REJECT THE JUDGE AND THE ATTORNEY FOR "TREASON" AS REQUIRED BY LAW MAY THEMSELVES BE GUILTY OF MISPRISON OF TREASON" COHEN V VIRGINIA, 19 US (6 Wheat) 264, 404, S L&D 257 (1821) AND REAFFIRMED UNDER U.S. V WILL, 449 US 200, 216, S. Ct. 471, 66 L 2d 2D, 392, 406 (1980). SEE ALSO USCA 2382 - MISPRISON OF TREASON AND 18 USCA 2, 3, AND 4 - MAKING SUCH NON-REPORTING JUDGES, ATTORNIES, OR ANY ONE THAT HAS KNOWLEDGE OF SUCH CRIMES A PRINCIPAL IN THE CRIMINAL ACTIVITY

14. GARRISON INTENTIONALLY TRICKED, DECEIVED, DUPED, AND MANIPULATED THE COURT INTO BELIEVING HE HAD LAWFUL AUTHORITY AND JURISDICTION THAT HE DID NOT HAVE, WHICH CONSTITUTES FRAUD ON THE COURT.

15. A COURT CANNOT CONFER JURISDICTION WHERE NONE EXISTED, AND CANNOT MAKE A VOID PROCEEDING VALID - IT IS CLEAR AND WELL ESTABLISHED LAW THAT A VOID ORDER CAN BE CHALLENGED IN ANY COURT." SEE OLD WAYNE MUT. L ASSN. V. McDONOUGH, 204 US 8, 27 S. Ct. 236 (1907)

16. "THERE IS NO DISCRETION TO IGNORE LACK OF JURISDICTION". See JOYCE v U.S. 474, 2d 215)

17. "A UNIVERSAL PRINCIPLE AS OLD AS THE LAW IS THAT A PROCEEDING OF A COURT WITHOUT JURISDICTION ARE A NULLITY AND ITS JUDGMENTS THEREIN WITHOUT EFFECT ON PERSON OR PROPERTY." SEE NORWOOD v. REINFIELD, 34 C 329, EX-PARTE GIANBONINI 49 p.732.

18. JURISDICTION IS FUNDAMENTAL, AND A JUDGEMENT RENDERED BY A COURT THAT DOES NOT HAVE JURISDICTION TO HEAR IS VOID AB INITIO." SEE IN RE APPLICATION OF WYATT, 300 p 132; Re CAVITT, 118 P2d 846.

19. "FRAUD GIVES THE VICTIMS OF THE FRAUD THE RIGHT TO TERMINATE HIS RELATIONSHIP WITH THE GOVERNMENT." (BOUVIER'S MAXIMS OF LAW, 1856)

20. "USURPATION IS DEFINED AS UNAUTHORIZED ARBITRARY ASSUMPTION AND EXERCISE OF POWER." SEE STATE Ex REL. DANIELSON v VILLAGE OF MOUND, 234 MINN 531, 543, 48 N.W. 2D 855, 863 (1951). SEE ALSO BLAKELY v. WASHINGTON 542 U.S. 296, 327 (2000). "WHILE JUDICIAL ERROR IS ONLY VOIDABLE, ANY ACT OF USURPATION (SUCH AS THAT DONE BY GARRISON) IS VOID"

21. TO ASSUME JURISDICTION IN A CASE WHERE NONE EXISTS IS AN ACT OF TREASON. CHIEF JUSTICE MARSHALL ONCE SAID " WE (JUDGES) HAVE NO MORE RIGHT TO DECLINE THE EXERCISE OF JURISDICTION WHICH IS GIVEN, THAN TO USURP THAT WHICH IS NOT GIVEN. THE ONE OR OTHER WOULD BE TREASON TO THE CONSTITUTION." SEE COHENS v VIRGINIA 6 WHEAT (15 U.S.) 264, 404 (1821).

22. DELGROSSO FILED A NOTICE OF OBJECTION TO JUDGE PHILLIPS CURT DENIAL FOR RELIEF. TYPICALLY, A LITIGANT FILES THEIR MOTIONS WITH THE CLERK OF THE COURT AND AN ORDER AND JUDGMENT OUTLINING THE RELIEF SOUGHT WITH THE CLERK OF THE JUDGE. PURSUANT TO CLEARLY ESTABLISHED CONTRACT LAW, DELGROSSO "REWROTE THE CONTRACT" AND "MADE A COUNTER OFFER" WHEN HE SUBMITTED HIS MOTION, ORDER, AND JUDGMENT TO THE CLERK OF THE COURT, WHICH THEY ACCEPTED, FILED, AND RECORDED, EFFECTIVELY DISMISSING THE CASE.

23. AFTER AN INEXCUSABLE AMOUNT OF TIME ELAPSED TO OFFER A COUNTER-CLAIM (LACHES), THEREBY ESTOPPING ANY FURTHER RESPONSE, THE COURT INEXPLICABLY AND WITHOUT LAWFUL AUTHORITY ARBITRARILY "DELETED" SAID ORDER AND JUDGMENT DISMISSING THE CASE. JUDGE PHILLIPS DISREGARDED CONTRACT LAW AND ESTABLISHED LEGAL DOCTRINES OF LACHES AND ESTOPPEL WITHOUT OFFERING ANY FACTS AND CONCLUSIONS OF LAW TO SUPPORT SUCH "DELETION".

24. JUDGE PHILLIPS APPARENTLY TOOK UMBRAGE WITH DELGROSSO'S "AFFIDAVIT OF TRUTH", SINCE AS RESTATED IN DE 788 SHE ASSERTED THAT "AN AFFIDAVIT HAS NO PLACE IN THE CONTEXT OF A CRIMINAL PROCEEDING". DELGROSSO REMINDED JUDGE PHILLIPS THAT THE SUPREME COURT HAS STATED THAT "... NO HIGHER FORM OF TRUTH EXISTS THAN AN AFFADAVIT..." DELGROSSO ALSO REMINDED JUDGE PHILLIPS THAT SINCE AN AFFADAVIT WAS USED AS A PROBABLE CAUSE STATEMENT TO EMPANEL HIS GRAND JURY, AND TO OBTAIN SEARCH WARRANTS FOR HIS BUSINESS AND BANK RECORDS, THAT WERE UNLAWFUL IN A CRIMINAL PROCEEDING ACCORDING TO HER, THEN EVERYTHING THAT FOLLOWED, INCLUDING THE INDICTMENTS, TRIAL, CONVICTION, AND INCARCERATION WERE ALL UNLAWFUL DUE TO THE LEGAL DOCTRINE

KNOWN AS "THE FRUIT OF THE POISONOUS TREE DOCTRINE". "INDEED, NO MORE THAN AN AFFADAVIT IS NECESSARY TO MAKE A PRIMA FACIE CASE". SEE UNITED STATES V. KIS, 658 F 2d, 526, 536 (7th CIR 1981). SINCE JUDGE PHILLIPS DISCOUNTS LEGAL DOCTRINE, SHE DISREGARDED THE FRUIT OF THE POISONOUS TREE WHILE EXPRESSING THE FACT THAT TRUTH DOES NOT EXIST IN HER COURT.

25. IN DE 788, DELGROSSO RESTATED THE FACT THAT HE HAD PREVIOUSLY RECORDED A CERTIFIED COURT COPY OF HIS JUDGMENT AND COMMITMENT ORDER (JCO), WHICH WAS UNSIGNED BY BOTH THE U.S. MARSHALL AND THE ASST. U.S. MARSHALL AND THAT IT STATED ON ITS FACE THAT IT "HAD TO BE SIGNED BY THE U.S. MARSHALL AND A SIGNED COPY GIVEN TO THE INMATE (DELGROSSO) IN ORDER FOR IT TO BE PROPERLY EXECUTED". DELGROSSO FURTHER REMINDED THE COURT THAT HE PREVIOUSLY SUBMITTED CASE LAW STATING THAT "U.S. MARSHALS WERE EXPRESSLY FORBIDDEN, AND IN FACT HAD NO LAWFUL JURISDICTION OR AUTHORITY TO MOVE AN INMATE UNTIL AND UNLESS THE JCO WAS EXECUTED," AND SINCE IT WAS NOT, EVERY SINGLE MOVE BY THE U.S. MARSHALS OF DELGROSSO CONSTITUTED KIDNAPPING, AND SINCE HIS MOVE TO YAZOO CITY, MISSISSIPPI WAS SO STRESSFUL THAT IT CAUSED BOTH OF HIS RETINAS TO DETACH, CAUSING HIM TO UNDERGO FIVE (5) COMPLICATED EYE SURGERIES RESULTING IN PERMANENT LOSS OF VISION, SUCH UNLAWFUL MOVE CONSTITUTED AGGRAVATED KIDNAPPING.

26. IN DE 788, DELGROSSO ALSO RESTATED THE FACT THAT HE HAD ALSO PREVIOUSLY RECORDED THREE (3) CERTIFIED COURT COPIES OF HIS THREE (3) SEPARATE INDICTMENTS, ALL OF WHICH WERE UNSIGNED BY THE ONLY PERSON AUTHORIZED TO SIGN IT, THE GRAND JURY FOREPERSON. IN THIS RARE INSTANCE, JUDGE PHILLIPS DECIDED TO MAKE A RULING, NATURALLY UNSUPPORTED BY FACTS AND CONCLUSIONS OF LAW, THAT UNSIGNED LEGAL DOCUMENTS

CONSTITUTED A MERE "TECHNICAL ERROR" AND THAT EVERY CLAIM AGAINST THEIR VALIDITY WAS "MERITLESS."

27. EVEN A FIRST YEAR LAW STUDENT TAKING CONTRACTS 101 AT NIGHT AT A PROVISIONALLY ACCREDITED LAW SCHOOL KNOWS FULL WELL THAT NO FINANCIAL INSTITUTION WILL INDORSE AN UNSIGNED NOTE OR CHECK, AND THAT NO COURT (EXCEPT JUDGE PHILLIPS) WILL ENFORCE AN UNSIGNED CONTRACT OR PROMISSORY NOTE, SIMPLY BECAUSE UNSIGNED LEGAL DOCUMENTS HAVE NO EVIDENCIARY VALUE, ARE NULL AND VOID ON THEIR FACE, AND ARE WORTHLESS AND FRIVOLOUS IN EVERY PART OF THE UNIVERSE, EXCEPT IN JUDGE PHILLIPS' COURTROOM.

28. THE PUBLIC, FOLLOWING THIS CASE ON THE INTERNET, WERE APPALLED THAT ANY JUDGE, MUCH LESS A SITTING FEDERAL JUDGE, COULD MAKE SUCH UTTERLY ABSURD STATEMENTS AND LACK AN UNDERSTANDING OF BASIC TENETS OF LAW. ONE SUCH UNKNOWN PERSON THOUGHT HER COMMENTS SO UTTERLY PREPOSTEROUS THAT HE/SHE MAILED DELGROSSO SCRAP PAPER WHICH THEY COMICALLY PURPORTED TO BE A DEED OF JUDGE PHILLIPS' HOUSE, CLEARLY STATING THAT IT WAS UNSIGNED, BUT HAD THE FULL FORCE AND EFFECT OF LAW AT LEAST ACCORDING TO JUDGE PHILLIPS, ADDING THAT I SHOULD TELL HER TO VACATE SO THAT I COULD ARRANGE A U HAUL. DELGROSSO MADE THIS EVEN MORE OF A PARODY BY TELLING JUDGE PHILLIPS THAT HE NEEDED THE U HAUL TO "MOVE HIS THREE PAIRS OF UNDERWEAR AND TOOTHBRUSH". JUDGE PHILLIPS CONCOCTED A FLIMSY AND TRANSPARENT TALE THAT DELGROSSO WAS TRYING TO TAKE HER HOUSE IN A CRIB NOTE SHE SENT TO THE REGIONAL BOP OFFICE IN KANSAS CITY TO HAVE HIM UNLAWFULLY ARRESTED.

29. IN DE 788, DELGROSSO ASSERTED THAT THE UNKNOWN PERSON IN THEIR PARODY "PURPORTED" THE DOCUMENT TO BE A "DEED"; DELGROSSO NEVER SAID THAT IT WAS ONE. TO "TAKE" SOMETHING INVOLVES COERCION OR FORCE, AND THERE

IS NO EVIDENCE TO SUPPORT ANY SUCH CLAIM IN DELGROSSO'S PARODY. LASTLY, NO EVIDENCE EXISTS THAT DELGROSSO EVER INFERRED OR INTIMIDATED THAT HE INTENDED TO FILE, RECORD, OR REGISTER ANY TYPE OF DOCUMENT RELATED TO JUDGE PHILLIPS HOME, NOR DID HE INFER OF INTIMATE THAT HE INTENDED TO ENGAGE IN ANY TYPE OF COURT PROCESS, OR FILE ANY TYPE OF LIEN, NON JUDICIAL OR OTHERWISE, AND ANY INFERENCE TO THE CONTRARY BY JUDGE PHILLIPS IS AN ABSOLUTE FALSEHOOD AND A FIGMENT OF HER OVERACTIVE IMAGINATION, UNSUPPORTED BY FACT, TRUTH, LAW, OR REALITY

30. THERE ARE LAWS PREVENTING NUTS FROM FILING UNLAWFUL LIENS ON GOVERNMENT OFFICIALS HOMES, AS THERE SHOULD BE, BUT NOTHING DELGROSSO SAID OR DID COMES ANYWHERE NEAR THE BAR NECESSARY TO SUPPORT SUCH A CHARGE, WHICH IS PRECISELY WHY JUDGE PHILLIPS NEVER BROUGHT ANY CHARGES AGAINST DELGROSSO BUT SURREPTITIOUSLY SENT A "CRIB NOTE" TO THE BOP. JUDGE PHILLIPS TRICKED, DECEIVED, DUPED, AND MANIPULATED SOME NAIVE INDIVIDUAL IN THE BOP KANSAS CITY FIELD OFFICE TO MAKE A KNEE JERK REACTION TO ARREST/ VIOLATE DELGROSSO WITHOUT DOING ANY DUE DILIGENCE TO VERIFY THE VERACITY OF JUDGE PHILLIPS CLAIMS. JUDGE PHILLIPS MADE THESE FALSE SCURRILOUS CLAIMS SIMPLY TO INTERFERE WITH HIS LEGAL PROCESS THAT WAS CAUSING HER CONSTERNATION, EMPARASSMENT, AND RIDICULE, AS IT SHOULD. IF A PRESIDENT OF THE U.S. LIKE DONALD TRUMP CAN BE RIDICULED FOR MAKING RIDICULOUS COMMENTS, SO TOO CAN A MERE JUDGE, AND IF SHE DOESN'T LIKE IT, ALL SHE NEED DO IS REFRAIN FROM MAKING THOSE TYPES OF COMMENTS THAT SERVE AS FODDER FOR COMMENTS. JUDGE PHILLIPS ACTIONS SHOWS SHE HAS NO REGARD FOR THE FREE SPEECH PROVISION OF AMENDMENT 1 OF THE CONSTITUTION. JUDGE PHILLIPS HAS CONTEMP FOR THE RULES OF LAW AND HER ACTIONS WERE UNLAWFUL AND DISHONORABLE. SHE HAS VIOLATED HER SWORD DEJURE OATH OF OFFICE AND INSTEAD EMBRACED HER SECRET NOL KIDRE OATH.

31. ANYONE PROFESSING OR CLAIMING TO HAVE JUDICIAL AUTHORITY TO IMPOSE OR TO ENFORCE COLOR OF LAW ON ANY INDIVIDUAL ARE ACCOUNTABLE TO HAVE KNOWLEDGE OF THAT AND MUST HAVE WRITTEN PROOF OF THEIR D.O.A (DELEGATION OF AUTHORITY). IF THE D.O.A. IS NOT PRESENTED INTO THE RECORD (AS IN THIS CASE), TO BE EXAMINED BY THOSE INDIVIDUALS WHO WISH TO CHALLENGE THE AUTHORITY AND JURISDICTION OF THE COURT, PUBLIC OFFICIALS BY LAW CONSTITUTES FRAUD. IT IS ESSENTIAL FOR A FEDERAL EMPLOYEE TO POSSESS DELEGATED AUTHORITY TO PERFORM ANY PARTICULAR ACT; THE ABSENCE OF DELEGATED AUTHORITY MEANS THAT THE ACT IN QUESTION WAS BEYOND THE SCOPE OF THE EMPLOYEE'S DUTIES AND THEREFORE UNLAWFUL. BECAUSE NEITHER GARRISON NOR JUDGE PHILLIPS STATED THEIR D.O.A. ON THE RECORD, IT CAN BE PRESUMED THAT NONE EXISTS, AND THAT THEIR ACTIONS IN THIS CASE WERE UNLAWFUL.

32. IN ANY EVENT, THERE CAN BE NO VIOLATION OF LAW UNLESS THERE IS A VICTIM CONSISTING OF A FLESH AND BLOOD MAN OR WOMAN WHO HAS BEEN INJURED. WHEN THERE IS NO VICTIM, AS IN THIS CASE, THERE IS NO CRIME COMMITTED NOR LAW BROKEN.

33. ALTHOUGH JUDGE PHILLIPS HAS BEEN IMPLORED TO SUBMIT CERTIFIED COPIES TO THE COURT FOR BOTH HER OATH OF OFFICE AND BOND, SHE HAS FAILED TO DO SO. WHEREAS, SHE IS NOT A JUDGE IF SHE CANNOT PRODUCE A CERTIFIED COPY OF HER OATH OF OFFICE AND BOND AT ANY TIME ON DEMAND. THE LAW COVERING JUDGES AND OTHER PUBLIC OFFICIALS ARE TO BE FOUND IN 5 USC § 1331, 28 USC §543, 38 USC §453 AND 5 USC § 1983, AND IF THE JUDGE HAS NOT COMPLIED WITH ALL THESE PROVISIONS (SUCH AS JUDGE PHILLIPS), SHE IS NOT A JUDGE, BUT A TRESPASSER UPON THE COURT. IF SHE IS PROVEN A TRESPASSER UPON THE COURT (UPON THE LAW), NOT ONE OF HER JUDGMENTS, PRONOUNCEMENTS, OR ORDERS ARE VALID, AND ALL ARE NULL AND VOID.

34. THE U.S. ATTORNEY GENERAL IS THE HIGHEST LAW ENFORCENT OFFICIAL IN THE UNITED STATES, AND WHILE IT CAN BE STATED THAT HE WAS PREVIOUSLY UNAWARE OF THE EVENTS CONTAINED HEREIN, HE HAS NOW BEEN PROPERLY NOTICED OF JUDGE PHILLIPS' BEHAVIOR IMPLYING CORRUPTION, CRIMINAL CONCEALMENT OF EVIDENCE, OPERATING WITHOUT AN OFFICIAL BOND, CONSPIRACY TO DEFRAUD, PERJURY TO OATH OF OFFICE, OBSTRUCTION OF JUSTICE, OFFICIAL MISCONDUCT, DEPRIVATION OF RIGHTS UNDER COLOR OF LAW SHOWN BY THE ARBITRARILY DENIED, DISHONORED, AND OTHERWISE IGNORED AFFIDAVITS FILED AND RECORDED BY DELGROSSO, AND A SUNDRY LIST OF ADDITIONAL CRIMES PERTAINING TO HIS ESTATE TRUST INCLUDING BREACH OF FIDICUARY DUTY, FRAUDULENT DECEIT, INSIDER TRADING, CONVERSION, AND OTHER CRIMINAL ACTS.

35. THEREFORE, THIS DEMAND SHALL BE LAWFULLY GRANTED DUE TO THE FACTS MADE KNOWN IN THIS AFFIDAVIT OF TRUTH WHICH NOW MAKES KNOWN BEFORE THE COURT THAT JUDGE PHILLIPS HAS NO RESPECT FOR THE LAW, DOES NOT COMPLY WITH THE LAW, DOES NOT INSTILL PUBLIC CONFIDENCE IN THE INTEGRITY AND THE IMPARTIALITY OF THE JUDICIARY, IS NOT FAITHFUL TO THE LAW, AND DOES NOT MAINTAIN PROFESSIONAL COMPETENCE IN THE LAW. FURTHER, SHE CONSCIENTIOUSLY, ARBITRARILY, CAPRICIOUSLY, DELIBERATELY, INTENTIONALLY AND KNOWINGLY ENGAGED IN ACTIONS IN VIOLATIONS OF HER DUTY AS A JUDGE, AND OF THE CODE OF JUDICIAL CONDUCT, ENGAGED IN ACTIONS IN VIOLATION OF THE SUPREME LAW OF THE LAND, ENGAGED IN ACTS OF OFFICIAL TREASON, COMMITTED FRAUD UPON THE COURT, ENGAGED IN ACTS AS A TRESPASSER OF THE LAW, EXCEEDED HER LAWFUL AUTHORITY, ENGAGED IN ACTIONS TO INTERFERE WITH THE LITIGANT'S LEGAL DUTY IMPOSED ON THE LITIGANT BY THE COURT AND SUBSEQUENT BARRATRY, ENGAGED IN ACTIONS TO CONCEAL MATERIAL FROM THE COURT RECORDS, AIDED AND ABETTED CRIMINAL ACTIVITY, AND COMMITTED INSIDER TRADING AND VIOLATIONS OF SACRED TRUST LAW.

# HOLD HARMLESS RELEASE
## (ONE TIME OFFER OF FORGIVENESS)

36. IT IS APPARENT THAT JUDGE PHILIPS HAD LAPSES IN JUDGEMENT THAT ANY INDIVIDUAL MAY HAVE, THAT CAUSED HER TO MAKE "MISTAKES AND ERRORS" ENUMERATED HEREIN, AND IF THAT IS THE CASE, SHE IS AT A PRECIPICE. IF SHE CONTINUES TO DEFY THE LAW AS ENUMERATED HEREIN, SUCH IS PRIMA FACIE EVIDENCE THAT EVERYTHING STATED HEREIN WAS INTENTIONAL, WILLFUL, AND PURPOSEFUL, AND THAT SHE IS FULLY LIABLE FOR HER ACTIONS, HOWEVER IF THESE WERE MISTAKES THAT ANY INDIVIDUAL MIGHT MAKE AND IF SHE CORRECTS THEM WITHIN 30 (THIRTY) DAYS OF RECEIPT OF THIS NOTICE, DELGROSSO WILL THEREUPON RELEASE HER FROM HER DUTIES AND OBLIGATIONS AS THEY RELATE TO PUBLIC CITIZENS, THE ENEMIES AND BELLIGERANTS OF THE TRADING WITH THE ENEMY ACT (TWEA) OF 1917 AND HOLD HER HARMLESS.

37. IN THE EVENT JUDGE PHILIPS REFUSES TO DO WHAT SHE IS OBLIGATED BY LAW TO DO (DISMISS CASE WITH PREJUDICE, RELEASE THE SURETY), DELGROSSO REQUESTS THAT A FULL AND COMPLETE INVESTIGATION INTO THE WILLFUL VIOLATIONS OF THE CODE OF JUDICIAL CONDUCT BY JUDGE PHILIPS BE MADE BY THE JUDICIAL INQUIRY BOARD.

38. THE JURISDICTIONAL ISSUE (LACK OF IT) STANDING ALONE, IS MORE THAN SUFFICIENT TO WARRANT DISMISSAL OF THIS CASE, BUT WHEN TAKEN IN TOTALITY WITH THE OTHER "EVENTS" OF THIS CASE ENUMERATED HEREIN, PROVE THAT THIS CASE IS NOTHING SHORT OF A MISCARRIAGE OF JUSTICE IN WHICH DELGROSSO HAS BEEN AFFORDED NO REMEDY.

39. DELGROSSO RESTATES HIS RECISSION TO HIS UNKNOWING CONSENT AND ACCEPTANCE OF ALL COURT PROCESS AND DENIES ALL "PRESUMPTIONS" MADE BY THIS COURT. DEL GROSSO SEEKS HONORABLE SETTLEMENT AND CLOSURE OF HIS ACCOUNT (CASE).

40. THE RESPONDENTS ARE HEREBY AFFORDED THIRTY (30) DAYS FROM THE DATE OF RECEIPT OF THIS NOTICE TO RESPOND AND TO REBUT THIS AFFIDAVIT OF TRUTH IN SIMILAR FASHION, UNDER OATH WITH PENALTY OF PERJURY WITH FULL COMMERCIAL LIABILITY, IN A POINT-BY-POINT REBUTTAL. ANY OTHER TYPE OF RESPONSE WILL BE DEEMED A NON-RESPONSE, IN WHICH CASE YOU STAND IN TOTAL AGREEMENT TO EACH AND EVERY STATEMENT MADE HEREIN.

41. THIS NOTICE IS IN THE NATURE OF A MIRANDA WARNING, AND IF, FOR ANY REASON, YOU DO NOT UNDERSTAND ANY OF THESE STATEMENTS OR WARNINGS, IT IS INCUMBENT ON YOU TO SUMMON A SUPERIOR OFFICER, FEDERAL JUDGE, SPECIAL PROSECUTOR, OR OTHER COMPETENT LEGAL COUNSEL, TO IMMEDIATELY EXPLAIN TO YOU THE SIGNIFICANCE OF THIS PRESENTATION AS PER YOUR DUTIES AND OBLIGATIONS IN RESPECT TO THIS FORMAL NOTICE.

## CONCLUSION

42. DelGrosso RESTATES HIS ASSERTION THAT HE IS A SUI JURIS LIVING AND BREATHING MAN, A FREEMAN ON THE SOIL AND NOT AN ARTIFICIAL ENTITY CREATED BY THE UNITED STATES, NOR IS HE A "CITIZEN" OF THE UNITED STATES, NOR DOES ANY EVIDENCE EXIST TO PROVE OTHERWISE.

43. A FICTION IS DEFINED AS A FALSE AVERMENT ON THE PART OF THE RESPONDENT(S) WHICH THE COMPLAINANT IS NOT ALLOWED TO TRAVERSE, THE OBJECT BEING TO GIVE THE COURT JURISDICTION. SEE BLACK'S LAW DICTIONARY 3rd Ed. (1969) p 468. IN THIS CASE, THE RESPONDENT(S) INVENTED THE "FICTION" THAT DELGROSSO WAS A "CITIZEN" OF THE U.S., A "PERSON", AND THE "DEFENDANT", AND NO EVIDENCE EXISTS TO SUPPORT THIS PRESUMPTION.

44. WHEN A COURT LACKS LAWFUL JURISDICTION, SUCH AS THIS ONE DOES, THE CASE IS UNLAWFUL, NULL, VOID, AND UTTERLY FRIVOLOUS, AND MUST BE DISMISSED. DELGROSSO DOES NOT CARE WHAT, IF ANYTHING, THE U.S. ATTORNEY GENERAL DOES WITH OBVIOUS LAWBREAKERS LIKE U.S. ATTORNE GARRISON OR JUDGE PHILLIPS, SINCE THAT IS NOT IN HIS PURVIEW, AND DOES NOT CONCERN HIM. THE ONLY THING THAT CONCERNS DELGROSSO IS THAT HE OBTAIN HONORABLE SETTLEMENT AND CLOSURE OF THE AFOREMENTIONED ACCOUNT(S), WHICH CAN ONLY BE DONE BY DISMISSING THIS CASE WITH PREJUDICE, THEREBY VOIDING ALL ORDERS AND JUDGMENTS AB INITO IMMEDIATELY. JUSTICE DELAYED IS JUSTICE DENIED. DELGROSSO RESPECTFULLY DEMANDS THAT U.S. ATT. GENERAL MERRICK AND/OR THE COURT PERFORM THIS ACT IMMEDIATELY AND ORDER THE BOP TO PROVIDE 30 DAYS COMPLIMENTARY HOUSING IN INEXPENSIVE EXTENDED STAY/WEEKLY RENTAL FACILITIES IN BRANSON, MISSOURI UNTIL HE CAN SECURE HIS SOCIAL SECURITY STIPEND.

## CAVEAT

45. IF JUDGE PHILLIPS HAS VIOLATED THE LAW, THE CONSTITUTION, AND HER OATH OF OFFICE, BECAUSE SHE BELIEVES SHE HAS "IMMUNITY", SHE IS SADLY MISTAKEN. THE PEOPLE, IN NEITHER THEIR STATE NOR FEDERAL CONSTITUTIONS, NOR THROUGH STATUTORY ENACTMENTS MADE BY THEIR STATE AND FEDERAL LEGISLATIVE BRANCHES OF GOVERNMENT, HAVE EVER DELEGATED ABSOLUTE IMMUNITY TO THE JUDGES OF THE STATE AND FEDERAL COURT SYSTEMS. JUDGES, WITHOUT ANY DELEGATED AUTHORITY TO DO SO, HAVE TAKEN UPON THEMSELVES, WITHOUT CONSTITUTIONAL AUTHORITY TO DO SO, AND WITHOUT THE KNOWING CONSENT OF THE PEOPLE, TO GRANT THEMSELVES ABSOLUTE IMMUNITY FROM ALL WRONGDOING.

46. "THE FAILURE AND/OR REFUSAL TO UPHOLD THE CLEAR AND PLAIN PROVISIONS OF OUR STATE AND NATIONAL CONSTITUTIONS

CANNOT, AND WILL NOT, BE REGARDED AS MERE ERROR IN JUDGMENT, BUT DELIBERATE AND WILFUL USURPATION." SEE STATE EX REL. DANIELSON V. VILLAGE OF MOUND, 234 MINN. 531, 543, 48 N.W. 2d 855, 863 (1951).

47. ACCORDING TO BOUVIER'S LAW DICTIONARY, 1853 EDITION, TREASON MEANS "... BETRAYING, TREACHERY, OR BREACH OF ALLEGIANCE." TO ASSUME JURISDICTION IN A CASE WHERE NONE EXISTS IS AN ACT OF TREASON

48. "... IF THE MAGISTRATE HAS NOT SUCH JURISDICTION, THEN SHE AND THOSE WHO ADVISE AND ACT WITH HER, OR EXECUTE HER PROCESS, ARE TRESPASSERS. SEE VON KETTLER ET AL. V JOHNSON, 57 ILL. 109 (1870).

49. HIGH CRIMES AND MISDEMEANORS ARE CRIMES FOR WHICH AN OFFICIAL MAY BE IMPEACHED. IT IS CLEAR FROM ARTICLE II AND 4 OF THE U.S. CONSTITUTION THAT HIGH CRIMES INCLUDES TREASON AND BRIBERY, AND OTHER FELONIES

50. TYRANNY IS THE ARBITRARY OR UNRESTRAINED EXERCISE OF POWER; THE DESPOTIC ABUSE OF AUTHORITY. "IT HAS BEEN SAID, WITH MUCH TRUTH, 'WHERE THE LAW ENDS, TYRANNY BEGINS.'" SEE MERRITT V. WELSH, 104 U.S. 594, 702 (1881)

51. JUDGES HAVE LONG GIVEN THEMSELVES JUDICIAL IMMUNITY FOR THEIR FUNCTIONS DESPITE THE FACT THAT NOWHERE IN THE CONSTITUTION IS ANY JUDICIAL IMMUNITY GRANTED OR SUGGESTED. BE THAT AS IT MAY, EVEN UNDER THIS FALSE LEGAL DOCTRINE, JUDGES HAVE NO JUDICIAL IMMUNITY FOR CRIMINAL ACTS, AIDING AND ABETTING, ASSISTING OR ~~COMMITTING~~ CONNIVING WITH OTHERS WHO PERFORM A CRIMINAL ACT, OR EVEN FOR THEIR ADMINISTRATIVE / MINISTERIAL DUTIES. WHEN A JUDGE HAS A DUTY TO ACT, HE/SHE IS PERFORMING A MINISTERIAL ACT.

52. JUDICIAL IMMUNITY <u>DOES NOT EXIST UNDER ANY CIRCUMSTANCES</u> FOR JUDGES WHO ENGAGE IN CRIMINAL ACTIVITY

53. WHAT ALEXANDER HAMILTON MEANT AND INTENDED CONCERNING JUDICIAL FREEDOM AND INDEPENDENCE REFERRED STRICTLY TO THE SEPARATION OF POWERS AND JUDICIAL FREEDOM AND INDEPENDENCE FROM THE TWO OTHER BRANCHES OF GOVERNMENT, I.E., THE LEGISLATIVE AND THE EXECUTIVE, NOT ABSOLUTE IMMUNITY FROM THE PEOPLE THEY TOOK AN OATH OF OFFICE TO SERVE.

## CERTIFICATE OF SERVICE

I, PHILIP DEL GROSSO HEREBY CERTIFY THAT ON THE 9th DAY OF Sept, 2021 I PLACED A TRUE, CORRECT AND COMPLETE COPY OF THE FOREGOING DOCUMENT ENTITLED "LEGAL NOTICE AND DEMAND" IN AN ENVELOPE AND MAILED SAME VIA USPS 1st CLASS MAIL TO THE COURT AND US ATT GEN GARLAND MERRICK. SIGNED: By Phil Del   DATED: 9-9-21

## VERIFIED JURAT

I, PHILIP DEL GROSSO DO HEREBY ATTEST, AFFIRM AND VERIFY UNDER PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES OF AMERICA (WITHOUT THE UNITED STATES) THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE, CORRECT, AND COMPLETE TO THE BEST OF MY UNDERSTANDING AND BELIEF, WITH NO DECEIT.

Signed: By Phil Del   DATED: 9-9-21

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

PHILIP DELGROSSO )
  COMPLAINANT )
    V. ) CASE NO 13-03054-CA-S-BP
UNITED STATES OF AMERICA, ) UNKNOWN CIVIL CASE NO
U.S. ATT GEN. GARLAND MERRICK )

## NOTICE OF ADEQUATE WARNING

THE COMPLAINANT HEREBY NOTICES THE RESPONDENTS THAT THE ATTACHED DOCUMENT ENTITLED "NOTICE AND DEMAND" IS NOT MEANT, NOR INTENDED, TO INTIMIDATE, HARASS, OR THREATEN THEM IN ANY MANNER OR FASHION, BUT IS MERELY INTENDED TO SERVE AS ADEQUATE WARNING THAT THE BEHAVIOR ENUMERATED THEREIN BY THE RESPONDENTS, IF CONTINUED, <u>MAY</u> HAVE UNWANTED CONSEQUENCES, LEGAL AND/OR OTHERWISE.

"NOTICE UNIFORM COMMERCIAL CODE 1-201/26":
"NO VERIFIED SWORN SUFFICIENT RESPONSE VIA UNCONDITIONAL WET-INK SIGNATURE CONSTITUTES "AGREEMENT AND ACCORD" BETWEEN THE PARTIES THEREIN FOR IMMEDIATE "DISMISSAL, RELEASE, AND DISCHARGE" AS THEIR PROCORATION RENDERS (PROPONENT) COMPLAINATS CLAIMS, FACTS, AND REBUTTABLES AS ABSOLUTE TRUTH AND JUDGEMENT IN COMMERCE AS A MATTER OF LAW, FACT, RECORD, AND PUBLIC POLICY, AB INITIO, UNREBUTTED, UNREBUTTABLE.

AS THE CHESHIRE CAT PUT IT, IN LEWIS CARROLL'S "ALICE'S ADVENTURES IN WONDERLAND", THE ONLY SENSE HERE IS NONSENSE.

DATED   9-9-21        SIGNED BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

PHILIP DELGROSSO )
  COMPLAINANT )
    V. ) CASE NO 13-03054-CA-S-BP
UNITED STATES OF AMERICA, ) UNKNOWN CIVIL CASE NO
U.S. ATT GEN. GARLAND MERRICK )

## NOTICE OF ADEQUATE WARNING

THE COMPLAINANT HEREBY NOTICES THE RESPONDENTS THAT THE ATTACHED DOCUMENT ENTITLED "NOTICE AND DEMAND" IS NOT MEANT, NOR INTENDED, TO INTIMIDATE, HARASS, OR THREATEN THEM IN ANY MANNER OR FASHION, BUT IS MERELY INTENDED TO SERVE AS ADEQUATE WARNING THAT THE BEHAVIOR ENUMERATED THEREIN BY THE RESPONDENTS, IF CONTINUED, <u>MAY</u> HAVE UNWANTED CONSEQUENCES, LEGAL AND/OR OTHERWISE.

"NOTICE UNIFORM COMMERCIAL CODE 1-201/26":
"NO VERIFIED SWORN SUFFICIENT RESPONSE VIA UNCONDITIONAL WET-INK SIGNATURE CONSTITUTES "AGREEMENT AND ACCORD" BETWEEN THE PARTIES THEREIN FOR IMMEDIATE "DISMISSAL, RELEASE, AND DISCHARGE" AS THEIR PROCORATION RENDERS (PROPONENT) COMPLAINATS CLAIMS, FACTS, AND REBUTTABLES AS ABSOLUTE TRUTH AND JUDGEMENT IN COMMERCE AS A MATTER OF LAW, FACT, RECORD, AND PUBLIC POLICY, AB INITIO, UNREBUTTED, UNREBUTTABLE.

AS THE CHESHIRE CAT PUT IT, IN LEWIS CARROLL'S "ALICE'S ADVENTURES IN WONDERLAND", THE ONLY SENSE HERE IS NONSENSE.

DATED   9-9-21        SIGNED BY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

PHILIP DelGROSSO
  COMPLAINANT
        v.                          CASE NO. 13-03054-CR-S-BP
UNITED STATES OF AMERICA,           UNKNOWN CIVIL CASE NO.
U.S. ATT. GEN. GARLAND MERRICK

## JUDGMENT

THE COURT HEREBY RENDERS SUMMARY JUDGMENT TO THE COMPLAINANT, THUS DISMISSING THE ABOVE NAMED CASE(S) WITH PREJUDICE, AND VOIDING ALL PREVIOUS ORDERS AND JUDGMENTS AB INITIO. THE RESPONDENTS ARE FURTHER ORDERED TO PROVIDE THIRTY (30) DAYS HOUSING TO THE COMPLAINANT IN AN EXTENDED STAY / WEEKLY RENTAL FACILITY IN THE SPRINGFIELD, BRANSON MISSOURI AREA.

THE CLERK OF THE COURT IS ORDERED TO ENTER THIS JUDGMENT ON THE RECORD WHEN EXECUTED.

DATED _____     SIGNED _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI,
SOUTHERN DIVISION

PHILIP DELGROSSO )
  COMPLAINANT )
      V. ) CASE NO 13-03054-CR-S-B
UNITED STATES OF AMERICA, ) UNKNOWN CIVIL CASE NO.
U.S. ATT. GENERAL GARLAND MERRICK )

## ORDER

THE COURT HEREBY DISMISSES THE ABOVE NAMED CASE(S) WITH PREJUDICE AND VOIDS ALL PREVIOUS ORDERS AND JUDGMENTS AB INITIO AND FURTHER ORDERS THE RESPONDENTS TO PROVIDE THE COMPLAINANT WITH 30 (THIRTY) DAYS HOUSING IN AN EXTENDED STAY/WEEKLY RENTAL FACILITY IN THE SPRINGFIELD/BRANSON MISSOURI AREA.

THE CLERK OF THE COURT IS ORDERED TO ENTER THIS ORDER ON THE RECORD WHEN EXECUTED.

DATED _____ SIGNED _____

Philip Delgrosso 25927-045
Milan Federal Correctional Institution B-
PO Box 1000
Milan, MI 48160

⇔25927-045⇔
Us Clerk Of The Court
400 E 9TH ST
US District Court
Kansas CITY, MO 64106
United States



